■ (A) Town of Oyster Bay, Respondent, v. Michael Forte, Appellant. Beldock, P. J., Ughetta, Kleinfeld and Brennan, JJ., concur; Christ, J.,

not voting. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL VALLEJO, JR., Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE F. BLAKE, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LA ROSA, Appellant. (E) In the Matter of MEYER ZIMMERMAN, Respondent, v. GEORGE KRAMER et al., Appellants. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK ORLANDO, JR., Appellant. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.— [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed.